DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEATRIZ RODRIGUEZ,**
Appellant,

v.

**GEOVERA SPECIALITY INSURANCE COMPANY,**
Appellee.

No. 4D19-1588

[April 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE18-025147 (18).

Erik D. Diener of The Diener Firm, P.A., Plantation, for appellant.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, and Joseph V. Manzo of Hinshaw & Culbertson, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*